IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of | Case No. 09-30010 |
| RODRIGUEZ, TYANEKA MONE, | Chapter 7 |
| Debtor. | |

### NOTICE OF UNCLAIMED FUNDS

Trustee, Jacqueline Sells Homann, submits her Notice of Unclaimed Funds as follows:

    Tyaneka Mone Rodriguez           $11.24

Dated: May 12, 2011        Respectfully submitted,

/s/Jacqueline Sells Homann
Jacqueline Sells Homann
Jones Obenchain, LLP
600 KeyBank Building
202 South Michigan Street
Post Office Box 4577
South Bend, Indiana 46634
Telephone: (574) 233-1194
Facsimile: (574) 233-8957
Email: jshtrustee@jonesobenchain.com

2

## Certificate Of Service

    I hereby certify that on the 12th day of May 2011, a true and correct copy of the above and foregoing Notice of Unclaimed Funds was served as follows:

| | |
|---|---|
| Benedict F. Marnocha | United States Trustee |
| bfmarnocha@hotmail.com | ustpregion10.so.ecf@usdoj.gov |

                                                 /s/ Jacqueline Sells Homann
                                                 Jacqueline Sells Homann