IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of | Case No. 09-30010 |
| RODRIGUEZ, TYANEKA MONE, | Chapter 7 |
| Debtor. | |

## AMENDED NOTICE OF UNCLAIMED FUNDS

Trustee, Jacqueline Sells Homann, submits her Amended Notice of Unclaimed Funds as follows:

| | |
|---|---|
| Tyaneka Mone Rodriguez<br>52120 Wembley Dr.<br>South Bend, IN 46637 | $11.24 |

Dated: May 16, 2011

Respectfully submitted,

/s/Jacqueline Sells Homann
Jacqueline Sells Homann
Jones Obenchain, LLP
600 KeyBank Building
202 South Michigan Street
Post Office Box 4577
South Bend, Indiana 46634
Telephone:  (574) 233-1194
Facsimile:  (574) 233-8957
Email:      jshtrustee@jonesobenchain.com

2

CERTIFICATE OF SERVICE

    I hereby certify that on the 16th day of May 2011, a true and correct copy of the above and foregoing Amended Notice of Unclaimed Funds was served as follows:

    Benedict F. Marnocha              United States Trustee
    bfmarnocha@hotmail.com        ustpregion10.so.ecf@usdoj.gov

                                                  /s/ Jacqueline Sells Homann
                                                Jacqueline Sells Homann